IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN DISNEY,

    Petitioner,

vs.                                                  5:04-CV-361-SPM

DAVID BAESEL,

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

    **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 12) filed March 11, 2005. The parties have been furnished a copy and have been afforded an opportunity to file objections. Plaintiff filed an objection on March 21, 2005 (doc. 13) consisting solely of the sentence, "This is an objection to judges [sic] findings in this case."

    Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

    Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The magistrate judge's report and recommendation (doc. 12) is

adopted and incorporated by reference in this order.

2.  This case is *dismissed* without prejudice for failure to state a claim upon which relief can be granted.

**DONE AND ORDERED** this <u>twelfth</u> day of April, 2005.

<u>   s/ Stephan P. Mickle   </u>
Stephan P. Mickle
United States District Judge

/pao